**Opinion issued May 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00700-CV

———————————

**GTE MOBILNET OF SOUTH TEXAS L.P. D/B/A VERIZON WIRELESS INC., Appellant**

**V.**

**KEN OWEN, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-50076**

---

## MEMORANDUM OPINION

Appellant GTE Mobilnet of South Texas L.P. d/b/a Verizon Wireless Inc.

filed an unopposed Motion to Dismiss its Appeal with Prejudice, representing the

parties have reached a settlement resolving their underlying dispute.[1]  No cross appeal has been filed, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1]  Appellant represents in its Motion that "Appellee does not seek relief in this appeal and does not oppose this Motion."

2